UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELLEN MARIE JONES,               )   Case No. CV 05-7674 CAS(JC)
                                 )
        Petitioner,      )   ~~(PROPOSED)~~ JUDGMENT
                                 )
   v.                            )
                                 )
JAVIAR CAVAZOS, Warden (A),      )
                                 )
        Respondent.      )

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the operative Corrected First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 18, 2011

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE